253 So.2d 384

**STATE of Louisiana ex rel.
James Lester HARRIS**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

No. 51859.

Oct. 28, 1971.

In re: James Lester Harris applying for writ of habeas corpus.

Writ denied. Writ denied for reasons stated by trial court in denying postconviction relief after evidentiary hearing.